Civil Action Docket
#
_____

FILED UNDER SEAL

USMS SCREENED

UNITED STATES DISTRICT COURT FOR THE JUDICIAL DISTRICT OF MASSACHUSETTS EASTERN DIVISION (BOSTON)

U.S. DISTRICT COURT DISTRICT OF MASS.
2022 DEC -5  PM 1:16
FILED IN CLERKS OFFICE

HURRY UP.

EMERGENCY C4

Jane Doe 2 by "next friend" petitioner Jane Doe

v.

Robert Farrell, clerk of District Court et. al

EQUITY, TRO, Article III Constitution of United States, Federal Question habeas corpus

COMPLAINT, Case

Dated: Friday, December 2, 2022

# AFFIDAVIT

I declare under penalty of perjury the within facts are true by personal knowledge

Dated: Friday December 2, 2022

Signed [signature] Pro Se

Shushean Wong, 419 Old Colony Avenue, #440, South Boston, Massachusetts, 02127

annexed:
 motion — In forma pauperis
 motion — T.R.C.
 motion — to seal case
   plus civil cover sheet

⑤ I am under the indispensable necessity of acting according to the best dictates of my own judgement,

⑥ after duly weighing every consideration that can occur to me

⑦ which has been done on this occasion.

⑧ The extreeme importance of this case, and my desire of being explicit beyond the danger to be misunderstood,

⑨ I hope will justify me in stating my obser observations in a systematic manner.

⑩ I therefore, judges of district court, submit to you the followings: JaneDoe2

Jane Doe2, now before Boston District Court begs leave to premise.

① That is much my inclination to receive with all possible respect every act of the Courts of the United States.

② That I never could find myself in a more painful situation than now to be obliged to object to the conduct of the district court clerk and the delay and injury it has caused me,

③ But however lamentable a difference in opinion really may be,

④ or with whatever difficulty I may have formed an opinion,

### Plaintiff

Jane Doe 2 by "next friend" petitioner Jane Doe

### Defendants

① Robert Farrell
Clerk of Boston District Court
1 Courthouse Way
Boston, Massachusetts

② Francis Castilla
Deputy clerk, Boston District Court
1 Courthouse Way
Boston, Massachusetts

③ Rachael Rollins
U.S Attorney,
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts

## JURISDICTION

[A] The within case arises under Article III of Constitution which limits the judicial power to cases enumerated therein.

[B] Jane Doe 2 asserts the judicial power of United States does [not] extend to defendants' office of clerk of Boston District Court

[C] Defendants assert the judicial power [does] extend to their office of clerk

[D] Jane Doe 2 asserts the right to sue within by "next friend" petitioner Jane Doe, to preserve jurisdiction of Jane Doe 2's habeas corpus sued out by same "next friend" petitioner, Jane Doe.

## RIGHT OR TITLE OF JANE DOE 2

To bring entire whole ORIGINAL habeas corpus APPLICATION to Boston District Court on Thursday October 13, 2022
 (See next page.)

To have clerk do ministerial duty under Article III, to enroll entire whole case on regular civil docket and bring to judge to do, all as a matter of course.

## FACTS NECESSARY TO SUPPORT RIGHT OR TITLE

① Jane Doe 2 brings habeas corpus to Boston court described by next page,

Civil Action Docket
#22-cv-11694

RGS

**FILED UNDER SEAL**

# UNITED STATES DISTRICT COURT FOR THE JUDICIAL DISTRICT OF MASSACHUSETTS

ex parte: Jane Doe 2
habeas corpus applicant

ORIGINAL habeas corpus APPLICATION of Jane Doe 2 habeas corpus applicant, by Jane Doe, "next friend" petitioner, brought to court: Thursday, October 13, 2022

ORIGINAL habeas corpus APPLICATION

Dated: Thursday, October 13, 2022

② Clerk decides to construe Article III and enters contemporaneously foreign case, [not] case brought to court
  (See next page
   for docket)

③ Judge to who case is assigned refuses to issue habeas corpus on basis of offical docket record

④ and thereby Jane Doe 2 remains in custody even though she has brought VALID habeas corpus, part of supreme law of land.

⑤ Jane Doe 2's habeas corpus is [not] entered on official regular civil docket clearly evident, easily understood as ministerial aot of clerk.

## DEMAND FOR RELIEF

Issue TRO to defendants to prohibit unconstitutional exercise of judicial power.

to prohibit unconstitutional ommission by defendants to ministerial duty mandated by Article III,

to enroll on regular civil docket clearly evident, easily understood habeas corpus brought to court Thursday, October 13, 2022.